BTXN 112 (rev. 10/02)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS

In Re: §
Albatross 46 PLLC d/b/a Midway Dental Solutions § Case No.: 24–33974–swe7
 § Chapter No.: 7
Debtor(s) §

# ORDER APPROVING TRUSTEE REPORT AND DISCHARGING TRUSTEE

The Trustee appointed in the above listed case has filed the Trustee's Report. It is, therefore

**ORDERED** that the trustee be discharged.

DATED: 2/27/25

FOR THE COURT:
Stephen J Manz, Clerk of Court

by: /s/Timothy Wright Jr., Deputy Clerk